**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELVA PALAFOX,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. CV 19-1517 SS<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: January 10, 2020

                                                       /S/<br>
                                      SUZANNE H. SEGAL<br>
                                      UNITED STATES MAGISTRATE JUDGE